### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Paul Cordell, | Civil Action No.: 2:20-cv-12525-SJM-EAS |
| Plaintiff, | |
| v. | |
| Trident Asset Management, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 23, 2021

                                                Respectfully submitted,

                                                By   /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                LEMBERG LAW, L.L.C.
                                                43 Danbury Road, 3rd Floor
                                                Wilton, CT 06897
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.