UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CORDELL,

    Plaintiff,                                Case No. 2:20-cv-12525

v.                                          HONORABLE STEPHEN J. MURPHY, III

TRIDENT ASSET MANAGEMENT,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Plaintiff filed a notice of settlement and informed the Court that the parties reached a preliminary settlement agreement. ECF 13. Because of the settlement, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than October 22, 2021. The Court will retain jurisdiction to resolve any disputes over settlement matters and will reopen the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than October 22, 2021**.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: August 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager