UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CORDELL,

        Plaintiff,

Case No. 2:20-cv-12525

HONORABLE STEPHEN J. MURPHY, III

v.

TRIDENT ASSET MANAGEMENT,

        Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The parties stipulated to dismiss the case with prejudice. ECF 15. Given the stipulation, the Court will dismiss the case with prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

        s/ Stephen J. Murphy, III
        STEPHEN J. MURPHY, III
        United States District Judge

Dated: October 7, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 7, 2021, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager